

FILED

01/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0616

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0616

FILED

JAN 0 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE GUARDIANSHIP
OF:

M.H.O

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. On November 30, 2022, Appellant M.H.O. filed a document which appears to be an opening brief in this matter. That same day, this Court issued an Order rejecting that document and explaining the numerous deficiencies with the document. This Court noted that the document was premature pursuant to M. R. App. 13(1) because Appellant M.H.O. filed it before the record in this matter was filed. This Court instructed Appellant to correct the enumerated deficiencies and file an opening brief within 30 days after the date on which the record was filed. On December 7, 2022, the record was filed.

On December 30, 2022, Appellant M.H.O. filed another document which appears to be an opening brief in this matter. After reviewing Appellant M.H.O.'s brief, this Court has determined that it does not comply with the Rules in several of the same respects as this Court noted when addressing the deficient document filed on November 30, 2022. Therefore, Appellant M.H.O.'s brief filed on December 30, 2022, must be resubmitted. Appellant M.H.O.'s brief was deficient because it does not use initials for the parties to this guardianship proceeding as required by M. R. App. P. 10(6), does not meet the requirements of M. R. App. P. 12(1)(a)-(i), and does not state the typeface in the certificate of service as required by M. R. App. P. 11(4)(e).

i.

1

IT IS ORDERED that Appellant M.H.O.'s Opening Brief filed on December 30, 2022, is rejected;

IT IS ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS ORDERED that the postage costs for returning the referenced copies of Appellant M.H.O.'s Opening Brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 6 day of January, 2023.

For the Court,

By _____

Justice

2